Gregory T. Van Meter, administrator of the estate of Henry C. Eckart, deceased, appellee, v. B. J. Bonk et al., appellants. Gen. No. 30,449.

Bill for accounting and an injunction. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed June 14, 1926.

O'Donnell & O'Donnell, for appellants. Hoag & Ullmann, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

N. Lapidus et al., trading as M. Lapidus & Sons, appellants, v. Louisville & Nashville Railroad Company, appellee. Gen. No. 30,470.

Action for breach of contract of carriage. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926. Rehearing denied June 29, 1926.

H. C. Lust, for appellants; R. A. Zwemer, of counsel. Lee J. Frank and C. P. Hamill, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Paul Fineman, appellee, v. Harry Goldberg et al., appellants. Gen. No. 30,491.

Bill for accounting and an injunction. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Ernest Saunders, for appellants. Edward H. Morris and James B. Cashin, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Archibald Harris Company, appellant, v. H. Archibald Harris et al., appellees.

H. Archibald Harris, appellee, v. Archibald Harris Company et al., appellants. Gen. No. 30,504.

Consolidated bills for injunctions and accounting. Injunction granted and accounting decreed. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Robert W. Dunn and S. C. Irving, for appellants. Maurice J. Moriarty and Louis P. Miller, for H. Archibald Harris, appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.